**SO ORDERED: January 28, 2008.**

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

```
             UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF INDIANA
                  NEW ALBANY  DIVISION



IN RE:
                                 )      CHAPTER 11
SYDNEYCO, LLC,                   )
                                 )
_____)
                                 )
SYDNEYCO, LLC                    )
        Plaintiff                )
                                 )
vs.                              )      CASE NO. 06-90378
                                 )      AP NO. 06-59037
McINTYRE BROTHERS, INC.          )
                  Defendant      )
```

## JUDGMENT ENTRY IN FAVOR OF DEFENDANT

    This Court incorporates by reference the findings of fact and conclusions of law entered simultaneously herein and ORDERS that judgment be entered in favor of the Defendant and against the Plaintiff on this Complaint; the Plaintiff to take nothing by way of this action.

All of which is ORDERED this 28th day of January, 2008.

###